UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANHUA JIN,

          Plaintiff,

   v.

DATADOG, INC., JAMES KRIEGER,
TRISTAN RATCHFORD, REID HORTON,
MUHAN GUCLU, and FABIEN HERVE,

          Defendants.

**Civil Action No. 24-cv-10047**

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel on behalf of Defendants Datadog, Inc., James Keiger (incorrectly named in complaint as "Krieger"), Tristan Ratchford, Reid Horton and Muhan Guclu in the above-captioned action. I am admitted to practice in this court, registered for electronic filing with the Southern District of New York, and request that copies of all papers in this action be served upon the undersigned at the address set forth below.

Dated: March 11, 2025
      New York, NY

LITTLER MENDELSON, P.C.

By: _____

Alina Nadir
anadir@littler.com
900 Third Avenue
New York, NY 10022-3298
Telephone:  585.203.3418
Facsimile:  212.954.5011

Attorneys for Defendants Datadog, Inc., James Keiger, Tristan Ratchford, Reid Horton and Muhan Guclu