

845 United Nations Plaza  P: 646-379-77093
37th Floor  F: 866-839-4306
New York, NY 10017  E: tma@youngandma.com

## MEMO ENDORSED.

**The request to adjourn is DENIED without prejudice to refiling. The Court reminds counsel that there is a post-discovery hearing scheduled in 20-cv-7043 on April 3 at 3:30 p.m.**

April 1, 2025

**SO ORDERED.**

Via ECF

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Ona T. Wang           Apr. 1, 2025
U.S.M.J.

Re:   Jin v. Datadog, Inc. et al.
      24-cv-10047-DEH-OTW

Dear Judge Wang,

We are counsel to Plaintiff in this action. Pursuant to Your Honor's Individual Practices in Civil Cases, Section I(e), we respectfully request an adjournment of the initial case management conference, currently April 3, 2025 (Dkt. No. 21).

Parties are working on a scheduling order, and Plaintiff's counsel also has a conflict with another hearing, which is a pre-trial hearing at the end of long discovery.

This is the first request for adjournment, to which defense counsel consents.

Thank you for your consideration.

Respectfully submitted,

Tiffany Ma

cc:   Defendants' Counsel (via ECF)

www.youngandma.com