

845 United Nations Plaza    P: 646-379-77093
37th Floor                 F: 866-839-4306
New York, NY 10017         E: tma@youngandma.com

April 1, 2025

<u>Via ECF</u>

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Jin v. Datadog, Inc. et al.</u>
             <u>24-cv-10047-DEH-OTW</u>

Dear Judge Wang,

We are counsel to Plaintiff in this action. Pursuant to Your Honor's Individual Practices in Civil Cases, Section I(e), we respectfully request an adjournment of the initial case management conference, currently April 3, 2025 (Dkt. No. 21) and to reconsider the rejection of the adjournment in Dkt. No. 24. While we absolutely understand the specific timing of the conferences are not in conflict, especially as they are both before your Honor, we take each case very seriously and would prefer the ability to concentrate just on one for that afternoon. We would be happy to file instead Plaintiff's proposed case management plan sent to defense counsel on Monday demonstrating that we are diligently trying to move this matter forward by agreement on dates.

This is the second request for adjournment of this same hearing, to which defense counsel consents.

Thank you for your consideration.

Respectfully submitted,

*Tiffany Ma*

Tiffany Ma

cc:    Defendants' Counsel (via ECF)