

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298


Alina Nadir
585.203.3418 direct
212.583.9600 main
anadir@littler.com

April 15, 2025

**<u>VIA ECF</u>**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**    ***Jin v. Datadog, Inc. et al.***
          **Case No. 24-cv-10047-DEH-OTW**

Dear Judge Wang:

We represent Defendants Datadog, Inc., James Keiger (incorrectly named as "Krieger"), Tristan Ratchford, Reid Horton, and Muhan Guclu ("Represented Defendants") in the above-referenced matter. We write regarding the parties' upcoming conference and the recent rescheduling of that conference from April 24, 2025, to May 6, 2025.

Defense counsel has a scheduling conflict that does not allow for an in-person appearance that day. Defense counsel is able to attend the conference at the newly identified date and time if the conference could be held remotely, either by telephone or video.

Therefore, defense counsel respectfully requests pursuant to Your Honor's Rule III(b) that the May 6, 2025, rescheduled conferenced be held remotely. Plaintiff's counsel consents to this request.

We thank the Court for its consideration of this request.


Respectfully submitted,

*/s/ Alina Nadir*
Alina Nadir
Special Counsel

cc: All counsel (via ECF)


littler.com