# MEMO ENDORSED.



Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298


Alina Nadir
585.203.3418 direct
212.583.9600 main
anadir@littler.com

April 21, 2025

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:     *Jin v. Datadog, Inc. et al.***
**Case No. 24-cv-10047-DEH-OTW**

Dear Judge Wang:

We represent Defendants Datadog, Inc., James Keiger (incorrectly named as "Krieger"), Tristan Ratchford, Reid Horton, and Muhan Guclu ("Represented Defendants") in the above-referenced matter. We write regarding your Honor's April 18, 2025 Order denying the request for a virtual conference.

Per the Order, we consulted with counsel for Plaintiff to identify dates on which counsel for the Represented Defendants and Plaintiff are both available. We have identified the following dates:

- May 14, 2025
- May 15, 2025
- May 19, 2025
- May 20, 2025

Respectfully submitted,

Alina Nadir
Special Counsel


cc: All counsel (via ECF)

The conference is **ADJOURNED** to **Tuesday, May 20, 2025,** at **10:30 a.m.**

**SO ORDERED.**

_____
Ona T. Wang                        Apr. 29, 2025
U.S.M.J.

4914-1726-7257

littler.com