UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANHUA JIN,

      Plaintiff,

        v.

DATADOG, INC., JAMES KRIEGER,
TRISTAN RATCHFORD, REID HORTON,
MUHAN GUCLU, and FABIEN HERVE,

      Defendants.

Index No. 24-cv-10047

## DEFENDANT DATADOG, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Datadog, Inc. ("Datadog") states that Datadog has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

Dated: May 5, 2025
     New York, NY

/s/ Alina Nadir

Alina Nadir, Bar No. 4657458
anadir@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719

*Attorneys for Defendants Datadog, Inc., James Keiger, Tristan Ratchford, Reid Horton, and Muhan Guclu*