**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NANHUA JIN,

                Plaintiff,        24-CV-10047 (DEH) (OTW)

                -against-        **ORDER**

DATADOG, INC., et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This case has been referred to the Southern District of New York's Mediation Program. (ECF 37). Accordingly, this case is **STAYED** pending the resolution of mediation.

The conference currently scheduled for Tuesday, May 20, 2025, is **ADJOURNED** *sine die*.

The parties are directed to file a joint status letter on the docket by **Thursday, August 7, 2025**, if this case has not been dismissed.

    **SO ORDERED.**

                                            *s/ Ona T. Wang*

Dated: May 9, 2025                                    **Ona T. Wang**
      New York, New York                       United States Magistrate Judge