UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANHUA JIN,<br><br>                                     Plaintiff,<br><br>          -against-<br><br>DATADOG, INC., JAMES KRIEGER, TRISTAN RATCHFORD, REID HORTON, MUHAN GUCLU, and FABIEN HERVE,<br><br>                                     Defendants. | Case No.: 24-cv-10047<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, between the parties, that consistent with the Federal Rules of Civil Procedure, including Rule 41(a)(1)(A)(ii), the above-captioned action, and all causes of action that were or could have been asserted, are voluntarily discontinued with prejudice, without costs, disbursements, or attorneys' fees to any party.

Dated: August 15, 2025

*Tiffany Ma*
_____
Tiffany Ma, Esq.
Young & Ma, LLP
445 Park Avenue, 9th Fl.
New York, NY 10022
(646) 379-7703
tma@youngandma.com

*Attorneys for Plaintiff*

Dated: August 15, 2025

*Alina Nadir*
_____
Alina Nadir, Esq.
Littler Mendelson, P.C.
900 Third Avenue, 8th Floor
New York, NY 10022
(585) 203-3400
anadir@littler.com

*Attorneys for Defendants*
*Datadog, Inc. ("Datadog"), James Keiger*
*(incorrectly named in the Complaint as*
*"Krieger"), Tristan Ratchford, Reid Horton,*
*and Muhan Guclu*

SO ORDERED.

*Dale E. Ho*

Dale E. Ho
United States District Judge
Dated: August 18, 2025